

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-96,307-01

### EX PARTE CARLOS GONZALEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 19FC-1982F(1) IN THE 214TH DISTRICT COURT NUECES COUNTY

*Per curiam*.

### O P I N I O N

Applicant pleaded guilty to aggravated assault with a deadly weapon. The Thirteenth Court of Appeals dismissed his appeal for want of jurisdiction. *Gonzalez v. State,* No. 13-21-00047-CR (Tex. App.–Corpus Christi-Edinburg, May 27, 2021). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant's initial sentence was statutorily authorized at the time it was pronounced. However, the increase in punishment was unauthorized. *See, e.g., Harris v. State,* 153 S.W.3d 894, 395-96 (Tex. Crim. App. 2005); *State v. Aguilera,* 165 S.W.3d 695, 697 (Tex. Crim. App. 2005). The habeas court concludes that Applicant was denied due process and should be granted a new

punishment hearing.

The sentence in cause number 19FC-1982F in the 214th District Court of Nueces County is set aside, and Applicant is remanded to the custody of the Sheriff of Nueces County for a new punishment hearing. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.


Delivered: APRIL 02, 2025
Do not publish